No. 87–6599.  MOORE v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON.  C. A. 3d Cir. Certiorari denied.

No. 87–6600.  BROWN v. DIAZ ET AL.  Ct. App. Ga.  Certiorari denied.  Reported below: 184 Ga. App. 409, 361 S. E. 2d 490.

No. 87–6614.  BENNETT v. WESTFALL, SHERIFF OF JACKSON COUNTY, WEST VIRGINIA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 87–6662.  OGLESBY v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 87–6679.  GOROD v. DEMONG ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 87–6694.  KOTYK v. WARD, POLICE COMMISSIONER OF THE CITY OF NEW YORK, ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.